UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8068-RMM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RONALD ISAIAH SMITH,

Defendant.
_____/

FILED BY _____SP_____ D.C.

Feb 5, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

   Yes     X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

   Yes     X No

3. Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

   Yes     X No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:  (561) 820-8711
John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>RONALD ISAIAH SMITH,<br><br>*Defendant(s)* | )<br>)<br>) Case No.  25-mj-8068-RMM<br>)<br>)<br>) |

FILED BY ____SP____ D.C.

**Feb 5, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____September 24, 2024____ in the county of ____Palm Beach____ in the
____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 USC §§ 5861(d), 5871 | Possession of an Unregistered Machinegun |

This criminal complaint is based on these facts:

Please refer to the accompanying Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Drummond, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/5/25

_____
*Judge's signature*

City and state: ____West Palm Beach, Florida____     Ryon M. McCabe, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT
### Case No. 25-mj-8068-RMM

I, Kevin W. Drummond, being first duly sworn, does hereby depose and state as follows:

### INTRODUCTION

1. Your affiant, Kevin W. Drummond, is a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has served in that capacity since November 2017. Your affiant is also a duly sworn Deputy Sheriff in and for Palm Beach County, Florida. In total, your affiant has approximately 21 years of law enforcement experience. My training and experience is further detailed below. As a Task Force Officer with ATF, your affiant's duties and responsibilities include conducting criminal investigations of individuals that have violated federal laws, particularly laws contained in Titles 18 and 26, of the United States Code.

2. Your affiant submits this affidavit in support of a criminal complaint charging **Ronald Isaiah SMITH** (hereinafter "SMITH"), with violating federal law, that is, Title 26, United States Code, Section 5861(d) (possession of an unregistered machinegun).

3. The facts contained in this Affidavit come from my personal knowledge, training, and experience, as well as information obtained during my investigation from other members of law enforcement, witnesses, and the victims affected by these criminal violations. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint, it does not contain all the facts known to me about the investigation, but rather, those facts that I submit establish probable cause of the offenses listed herein.

### AGENT BACKGROUND

4. During your affiant's tenure with ATF and the Palm Beach County Sheriff's Office (PBSO), your affiant has participated in excess of over three hundred (300) investigations related

to the illegal sale, purchase, use, possession and distribution of illicit narcotics to include marijuana, cocaine, heroin, ecstasy and fentanyl. Your affiant has interviewed over 100 defendants arrested and charged for the possession and/or distribution of illegal drugs. Your affiant has materially participated in over three (3) prior wiretap cases involving the distribution of illegal drugs, and has monitored hundreds of phone calls involving said illegal activities. Your affiant has participated in excess of one hundred (100) investigations both on the Federal and State level related to prohibited persons in possession of firearms/ammunition. Your Affiant has participated in over fifty (50) investigations, arrests and subsequent debriefings of individuals who were arrested for possessing firearms in furtherance of violent and/or drug trafficking crimes. Your affiant has additionally personally authored or participated in over one hundred (100) search warrants for residences, cellular phones, vehicles, and DNA in regards to the possession of firearms by prohibited persons such as convicted felons and drug dealers.

5. During your affiant's tenure with ATF and PBSO, your affiant has personally participated in excess of 40 investigations and prosecutions of persons for making "straw purchases" on behalf of prohibited persons and illegal firearms trafficking, and over 400 prior investigations of convicted felons in possession of firearms. As a consequence, your affiant has become extremely familiar with the ways, manner and means by which persons prohibited from purchasing firearms, to include convicted felons and drug dealers, obtain, possess and maintain in their possession firearms, and the means by which such prohibited persons acquire firearms through the use of people facially lawfully entitled to purchase or obtain firearms from federally licensed firearms dealers (FFLs), that is, through the use of "straw purchasers" and illegal gun dealers/traffickers. I have additionally become very familiar with ways, manners and means by

2

which illegal drug dealers conduct their illegal activities in Palm Beach County and the Southern District of Florida.

6. Based on your affiants training, experience, and participation in numerous drug and firearm investigations as detailed above, I am aware that:

a.) Title 26, United States Code, Section 5861(d), makes it a federal felony offense for any person to receive or possess a "firearm" which is not registered to him in the National Firearms Registration and Transfer Record (NFRTR). I am further aware that for purposes of the National Firearms Act (Title 26, United States Code, Section 5841 et seq.), that the term "firearm" is defined under Title 26, United States Code, Section 5845(a)(6), to include "a machinegun." A "machinegun," in turn, is defined under Title 26, United States Code, Section 5845(b), as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, [and] <u>any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person</u> (emphasis added)."

b.) A Glock auto sear, commonly referred to as "Glock switch," or "Glock Chip," is an after-market device which is specifically designed to convert a semiautomatic, Glock-type pistol[1] into a machinegun through replacement of the original slide back-plate with a

---

[1] Since the expiration of Glock's Third Generation patent in 2018, other companies in the United States produce firearms based on Glock's operating system -- generally with some external cosmetic changes, *e.g.*, the Palmetto State Armory, Model Dagger pistol -- in which the Glock

3

replacement utilizing a metal "leg" type projection designed to push the trigger-bar of the Glock-type pistol's firing mechanism down and out of engagement with the firing pin as the slide closes, thereby allowing the firing pin to travel forward and fire a round of ammunition. When the trigger is depressed, this modified slide back-plate enables a Glock semiautomatic pistol to shoot automatically more than one shot, without manual reloading, with a single function of the trigger. ATF has classified Glock auto sears as "machineguns" in their own right, regardless of whether they are physically attached to a Glock pistol, based on the aforementioned definition of a "machinegun," set forth in Title 26, United States Code, Section 5845(b).

7. During your affiant's tenure with ATF and PBSO, your affiant has participated in over forty (40) investigations related to individuals possessing fully automatic weapons (Machineguns). Your affiant has additionally been involved with over thirty (30) interviews of individuals illegally possessing fully automatic weapons (Machineguns). As a consequence, your affiant has become familiar with the ways, manner, and means these individuals obtain, possess, and attempt to conceal these machineguns from law enforcement, and the terminology and slang used by such persons. Your affiant is further aware that these individuals will attempt to hide the fact that they know these firearms shoot fully automatically.

8. In recent years your affiant has become very familiar with, "Glock Switches" and how individuals are obtaining and utilizing these items to commit violent acts to include homicides. Your affiant knows from his training and experience a "Glock Switch," is a purpose-designed device that can be made of metal or plastic installed onto the rear portion of the slide of a Glock pistol to convert it from semi-automatic fire to fully automatic, thus making the pistol into

---

switch will fit and permit full-automatic fire as a machingun. Therefore, Glock switches are not limited to installation and use solely in Glock-manufactured firearms alone.

4

a machinegun. The devices have previously been sold on the internet by various merchants and instructions to fabricate them, including 3D printing designs, are available online. More recently these Glock switches are being sold on the streets and being utilized for shootings. Your affiant is also aware of hip-hop artists that reference Glock switches in their music. Thereby, making it more mainstream for individuals to know exactly what is meant when someone says a switch in reference to firearms

## PROBABLE CAUSE

9. On September 24, 2024, a lawfully obtained State residential search warrant was executed at the address of 1663 Brandywine Road, Apartment 5117, West Palm Beach, Florida by the Palm Beach County Sheriff's Office (PBSO) Gang Unit. This search warrant was related to an ongoing firearms-related investigation being conducted by Detective Jason Bronson of the PBSO Gang Unit, which authorized the search and seizure of a firearm. Detective Bronson advised your affiant of the following information related to this residential search warrant:

10. Prior to the execution of the search warrant the PBSO Tactical Unit made contact with Ronald SMITH at the residence of 1663 Brandywine Road, Apartment 5117, West Palm Beach, Florida. SMITH had an active State arrest warrant for Delinquent in Possession of a firearm. Detective Bronson also advised LP was present at the residence, and was the girlfriend of SMITH at the time.

11. Detective Bronson conducted a recorded interview with LP, who stated the following: LP stated Smith and she have been dating for around 6 months. She further advised that Smith hid a firearm in her room, which is possibly under her bed. LP described the firearm as having a wood part, which is consistent with the firearm seen during Detective Bronson's

5

investigation. Det. Bronson showed LP a picture of a micro Draco related to his investigation. LP advised that was not the same firearm she saw with Smith.

12. During the search of the residence the following items were located:

- Plastic bag containing marijuana (First room to the right)

- Black Glock 380 bearing serial number AHCC543 (First room to the right) (Firearm not stolen and was not seized)

- Black DPMS Panther Arms model A-15 bearing serial number FFA009258 (Living room closet)

- Tan and Black Glock 19X bearing serial number BRCD576 (Back right room) (Firearm reported stolen to Cairo Police Department, Cairo, Georgia case number 22-02811) This firearm had an internal Glock switch attached to the firearm as well as an extended magazine

- White plastic bag containing marijuana (Laundry basket)

13. Detective Bronson showed both the DPMS and the Glock 19X to LP. LP advised the DPMS firearm was not SMITH's firearm. LP did however advise the Glock 19X was in fact SMITH's firearm. When Detective Bronson showed LP the Glock 19X, he asked if that was the firearm she had seen SMITH with and she advised yes. All of the items were collected and placed into PBSO evidence.

14. On December 19, 2024, Nastacia Taylor-Vertefeuille, a NIBIN technician for the PBSO Firearms Investigative Unit (FIU) test fired the Glock 19X with three (3) rounds of ammunition in the magazine. Upon pulling the trigger one time, the firearm fired all three (3) rounds of ammunition with only one function of the trigger. This would classify this firearm as a machinegun.

15. Detective Bronson was able to obtain State search warrants for SMITH's Instagram account and his cellular device that was taken from him on September 24, 2024 prior to the execution of the residential search warrant. Detective Bronson reviewed both the Instagram data received as well as the cellular extraction. Detective Bronson advised he located photos of SMITH with several different firearms. Detective Bronson also observed several communications of SMITH attempting to sell firearms, as well as other conversations in which SMITH mentions switches, selling switches, and even has a news article mentioning people being arrested for "Glock switches." Detective Bronson advised that on the basis of the foregoing, such demonstrated SMITH's knowledge of Glock switches and their unlawful nature.

16. Your affiant reviewed the Instagram information related to SMITH provided by Detective Bronson. Upon reviewing this information your affiant located several conversations in reference to Glock switches. On August 21, 2023, SMITH using the liltop_187 IG handle) writes, "Dem boys pulled up and put da switch on." Your affiant knows based on my training, experience, and knowledge, that SMITH is referencing placing a Glock switch on a firearm.

17. On April 30, 2024, SMITH had a link shared with him from, "longliveds_scotty" (IG handle). This link was text that contained the following information: "According to reports, U. S. Customs and Border Protection intercepted a package from overseas addressed to 43-year-old Roosevelt Wilson. 25 switches were found inside. The package was intercepted on February 28, 2023. Officers attempted to arrest Wilson, and he led officers on a high-speed chase. During the chase, he tossed the package and a gun out of his vehicle. Both were found; the gun was a Glock-style weapon with no serial number and a switch on it. Wilson was sentenced to five years in prison followed by three years of supervised release."

7

18. On August 22, 2023, SMITH has a conversation with, "demyjahdiiior" (IG handle). Below is the conversation:

**demyjahdiiior-** "how tf is evb getting switches ??"

**liltop_187 (SMITH) -** "Idek 😂😂😂😂"

**demyjahdiiior-** "i want one"

**demyjahdiiior-** "how much"

**liltop_187 (SMITH) -** "Bring me 6"

**demyjahdiiior-** "$6 or 600?"

**liltop_187 (SMITH) -** "600"

**demyjahdiiior-** "lemmie tell you summmmmm , do i look like a dummy??"

**liltop_187 (SMITH) -** "🤣🤣😂😂😂😂😂"

**liltop_187 (SMITH) -** "Dats not dum"

**demyjahdiiior-** "600 ? fuck it where you got it from ill go get it my damn self"

**liltop_187 (SMITH) -** "My brother"

**liltop_187 (SMITH) -** "He gone tell u 8"

**demyjahdiiior-** "i think you should jus gimme yours"

**liltop_187 (SMITH) -** "You think so"

**liltop_187 (SMITH) -** "U home use it"

**liltop_187 (SMITH) -** "Gone"

**demyjahdiiior-** "yes"

**liltop_187 (SMITH) -** "On who"

**demyjahdiiior-** "on meee"

**liltop_187 (SMITH) -** "I'm saying who u gone use it on"

**liltop_187 (SMITH)** - "Dum ass😂😂😂😂😂"

**demyjahdiiior-** "idk yet"

**demyjahdiiior-** "whoever breathe at me wrong"

**liltop_187 (SMITH)** - "Who else yk got 1"

**demyjahdiiior-** "seen this boy jus post he shooting one"

19. Your affiant knows based on my training, experience, and knowledge the conversation related in the preceding paragraph is related to a Glock switch. When "demyjahdiiior" asks SMITH, "how tf is evb getting switches ??", he is asking SMITH how everyone is obtaining Glock switches. He later tells SMITH he wants one and SMITH responds with the number six (6) and then clarifies six hundred dollars (600). Although this is expensive for a Glock switch, your affiant knows it is possible to sell them for this amount. Demyjahdiiior then tells SMITH he (SMITH) should give demyjahdiiior his. Your affiant understands this to mean that SMITH does in fact have a Glock switch. SMITH even states he got his from his brother. It is clear to your affiant based on my training, experience, and knowledge, SMITH is very aware of what a Glock switch is (that is, a machinegun conversion device), how it works, and the perceived difficulty in obtaining one due to its illegal nature, thus justifying the highly inflated price sought by SMITH.

20. On December 20, 2023, SMITH sent a message to, "est.jay6" (IG Handle). The message read, "Switch fa sale". Your affiant knows this is in reference to having a Glock switch for sale. Est.jay6 follows this message up with asking SMITH if he has any firearms for sale.

21. On August 13, 2024, SMITH receives a video to his Instagram account from, "fastlane 187" (IG handle). The video is an unknown individual waving around what appears to be a black and tan Glock style firearm. In the video you can clearly see there is a Glock switch

attached to the back plate of the firearm. Your affiant is able to make this determination based on the slide being locked back permitting observation of the inside of the slide, as depicted in the photo images below. This determination is based off of your affiant's training, experience, and knowledge related to Glock switches.



For comparison purposes please reference the photos below of the actual firearm recovered during the search warrant. You can see the firearm recovered during the search warrant has a similar internal Glock switch as the one from the video.

10



Also notice in the following two photos the red arrow pointing to the Glock switch. The photo on the left is from the video sent to SMITH on Instagram and the photo on the right is the firearm recovered during the search warrant.



Due to some observed external cosmetic differences in the frames of the pistols depicted in the video sent to SMITH on Instagram and the photos of the firearm recovered during the search warrant, your affiant does not assert herein that such are one and the same pistol, insofar as the

11

serialized frame or receiver is concerned. However, the "Flat Dark Earth" colored slide section of both pistols containing the internal Glock switch machinegun conversion device do appear to be visually consistent with one another.[2] Regardless, it is respectfully submitted that the foregoing provides further evidence SMITH knows what a Glock switch looks like and where it would be located and installed on the firearm.

22. The above information related to the Instagram account belonging to SMITH is only a small sample of the items contained in his Instagram related to Glock switches. After reviewing the Instagram information, your affiant then began to review the cell extraction report related to the cellular device belonging to and taken from SMITH. In reviewing this extraction report your affiant located a conversation between number 561-223-7942 (Unknown owner) and 305-281-3712 (Number identified as the number belonging to the owner of the device, being SMITH). The individual text SMITH on August 28, 2024, "Bring da glizzy". Your affiant knows from my training, experience, and knowledge the term, "Glizzy" is common street terminology utilized to identify a Glock handgun. The individual follows this text with, "Top", your affiant knows SMITH goes by the street name of lil Top and the individual is using SMITH's street name. The next text from the individual says, "Chop say grab da button so u can put it on". Your affiant knows the term button is common street terminology utilized to identify a Glock switch.[3] SMITH

---

[2] On the basis of your affiant's training and experience, to include having been issued a Glock service pistol for duty purposes for over 20 years, your affiant is aware that Glock pistol slides are interchangeable amongst models using the same frame or receiver, thus permitting taking the altered machinegun auto sear equipped slide off a Glock Model 19X which has the distinctive "Flat Dark Earth" coloration, and placing it upon another Glock Model 19, for example. So equipped, this would then permit the second, Glock Model 19 to fire fully automatically as a machinegun.

[3] On the basis of your affiant's training and experience, this expression came about due to the earliest versions of the Glock switch literally having a protruding button like switch or selector,

12

responds, "Tell him to call jit" "So I can get it". Your affiant knows based on my training, experience, and knowledge this conversation is related to obtaining a Glock switch and installing it on a firearm.

23. On December 18, 2024, your affiant received the results related to the DNA comparison. The following is a brief synopsis of the results:

**Swabs from the trigger/int. guard of Glock 19X machine gun**

The DNA profile obtained from this item is approximately 41 quadrillion times more likely if the sample originated from Ronald Smith and one unknown person than if it originated from two unknown persons. This analysis provides very strong support for the proposition that Ronald Smith is a contributor to the DNA profile obtained from the sample.

**Swabs from body/frame of Glock 19x machine gun**
**Swabs from grips of Glock 19x machine gun**

These swabs were combined into a single sample for DNA analysis (DLI sample 24-14131.02.01). The DNA profile obtained from this sample indicates one male contributor. Ronald Smith cannot be excluded as a contributor to this DNA profile. The chance that an unrelated person, chosen at random from the general population, would be included as a contributor to this DNA profile is approximately 1 in every 10 decillion individuals.

**Swabs from extended magazine of Glock 19x machine gun**

The DNA profile obtained from this item is approximately 100 quadrillion times more likely if the sample originated from Ronald Smith and one unknown person than if it originated from two unknown persons. This analysis provides very strong support for the proposition that Ronald Smith is a contributor to the DNA profile obtained from the sample.

**Swabs from machine gun conversion device of Glock 19x machine gun**

The DNA profile obtained from this item is approximately 110 quadrillion times more likely if the sample originated from Ronald Smith and one unknown person than if it originated from two unknown persons. This analysis provides very strong support for the proposition that Ronald Smith is a contributor to the DNA profile obtained from the sample.

---

which permitted the user to push the button and choose between semi or fully automatic fire. This external select-fire feature has been deleted on later versions such as that at issue herein in order to achieve greater stealth since the presence of the internal machinegun conversion device is less apparent on the exterior rear of the pistol when installed.

24. Your affiant submits that the messages and videos retrieved from SMITH's cell phone extraction and his Instagram account establish that at all times material hereto SMITH had knowledge of what a Glock switch was, that is, a machinegun conversation device, how it works, and how it is utilized. The messages further indicate SMITH was additionally aware of how to install the Glock switch on a firearm. SMITH's DNA was located on not only parts of the firearm but the Glock switch as well. This would indicate SMITH did in fact handle the firearm and Glock switch.

25. On February 5, 2025, your affiant caused a check to be made of the NFRTR, as well as the ATF Firearms licensee indices, and determined that at all times material hereto, that no NFA firearms are registered to SMITH, and that SMITH is not licensed to import, manufacture or possess NFA firearms, to include machineguns. Your affiant further notes that the machinegun conversation device recovered on the Glock pistol referenced above did not bear a serial number as required under Title 26, United States Code, Section 5861(i), and was thus incapable of being legally registered with ATF.

## CONCLUSION

WHEREFORE, on the basis of the facts and circumstances set forth above, your affiant respectfully submits that probable cause exists to charge defendant **Ronald Isaiah SMITH** with

the unlawful possession of an unregistered machinegun in violation of Title 26, United States Code, Section 5861(d).

FURTHER YOUR AFFIANT SAITH NAUGHT.

_____
Kevin W. Drummond,
Task Force Officer, ATF

SWORN AND ATTESTED TO ME
TELEPHONICALLY (VIA FACETIME)
BY THE APPLICANT IN ACCORDANCE
WITH THE REQUIREMENTS OF
FED. R. CRIM. P. 4(d) AND 4.1 THIS 5
DAY OF FEBRUARY, 2025.

_____
HON. RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Ronald Isaiah SMITH

**Case No:** 25-mj-8068-RMM

**Count #: 1**
**Title 26, United States Code, Sections 5861(d) and 5871**
**Unlawful Possession of an Unregistered Machinegun**
* **Max. Term of Imprisonment:** Ten (10) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00
* **Immigration Consequences:** Removal (deportation) upon conviction if defendant is a non-U.S. citizen